1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone:  (415) 436-7359
8       Facsimile:  (415) 436-7234
        Email: denise.barton@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16

17 UNITED STATES OF AMERICA,        )   No. 07-90419 MISC EDL
          Plaintiff,                )
                                    )
18        v.                        )   **STIPULATION AND PROPOSED**
                                    )   **ORDER**
19
   GILSON ARAUJO and                )
20 WANDER CARLOS DE ARAUJO,         )
          Material Witnesses.       )
21                                  )
   _____ )
22

23        On September 19, 2007, upon the filing of a Material Witness Application by the United

24 States, the Honorable Elizabeth D. Laporte ordered that arrest warrants be issued for Gilson

25 Araujo and Wander Carlos De Araujo as a material witnesses pursuant to Title 18, United States

26 Code, Section 3144 and further ordered that the parties take the depositions of the material

27

28 witnesses pursuant to Fed. R. Crim. P. 15(a).  In the interests of proceeding to depositions

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90419 MISC  EDL
                                    1

expeditiously, counsel for the Araujo and De Araujo each waived the right to a detention hearing in light of the fact that each witness was detained on pending criminal matters and subject to an immigration detainer.

On October 12, 2007, material witnesses Gilson Araujo and Wander Carlos De Araujo were deposed pursuant to the September 19, 2007 Order.  Also, on October 12, 2007, Gilson Araujo and Wander Carlos De Araujo each were sentenced on their respective criminal matters, 07-536 MAG and 07-575 MAG, and received time-served sentences.

Once a material witness has given testimony, he may seek release from detention on the material witness arrest warrant.  Courts have routinely held that continued detention of a material witness pending trial constitutes an "exceptional circumstances" as contemplated by Fed. R. Crim. P. 15(a) and is a basis to permit the taking of a deposition.  <u>United States v. Lai Fa Chen</u>, 214 F.R.D. 578, 580 (N.D. Ca. 2003).  Further, this Circuit has held that "No material witness shall be detained because of inability to comply with conditions of release if the testimony of such witness can adequately be secured by deposition ..."  <u>Bacon v. United States</u>, 449 933 (9th Cir. 1971).  The testimony of both material witnesses, Gilson Araujo and Wander Carlos De Araujo, was secured by deposition on October 12, 2007.  Accordingly, the parties jointly move to recall the Material Witness Arrest warrants, dismiss this Material Witness matter, and release the

//

//

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90419 MISC  EDL
2

material witnesses, Gilson Araujo and Wander Carlos De Araujo, FORTHWITH to the custody of Immigration and Customs Enforcement.

Dated: October 13, 2007              Respectfully submitted,
                                     SCOTT N. SCHOOLS
                                     United States Attorney


                                     _____/s/_____
                                     DENISE MARIE BARTON
                                     Assistant United States Attorney



                                     _____/s/_____
                                     ALAN DRESSLER
                                     Attorney for GILSON ARAUJO



                                     _____/s/_____
                                     GEORGE BOISSEAU
                                     Attorney for WANDER CARLOS DE ARAUJO

### [PROPOSED] ORDER

For the reasons stated in the foregoing Stipulation, IT IS HEREBY ORDERED that the Material Witness Arrest warrants are recalled, this Material Witness matter is dismissed, and the Material Witnesses, Gilson Araujo and Wander Carlos De Araujo shall be released FORTHWITH to the custody of Immigration and Customs Enforcement.


Dated: _____          _____
                                HON. EDWARD M. CHEN
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER, No. CR 07-90419 MISC  EDL
3